No. 81–6979. SHAPIRO v. UNITED STATES VETERANS ADMINISTRATION, *ante*, p. 855;
No. 82–318. STROOM v. CARTER, *ante*, p. 866;
No. 82–5006. BORRELLI v. CUYLER ET AL., *ante*, p. 866;
No. 82–5076. BORRELLI v. CICCITTO ET AL., *ante*, p. 870;
No. 82–5166. IN RE HOOVER, *ante*, p. 818; and
No. 82–5326. IN RE BARNEY, *ante*, p. 818. Petitions for rehearing denied.

NOVEMBER 15, 1982

No. 82–149. BLACK CONSTRUCTION CORP. v. AGSALUD, DIRECTOR OF THE DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS OF HAWAII, ET AL. Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question. ■

No. 82–482. HAMILTON ET AL. v. VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 82–5433. CAVANAUGH, DBA TOT COLLEGE v. COLORADO DEPARTMENT OF SOCIAL SERVICES. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 82–519. COUNIHAN, TEMPORARY ADMINISTRATOR, ET AL. v. DEPARTMENT OF TRANSPORTATION OF GEORGIA ET AL. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. JUSTICE BLACKMUN and JUSTICE O'CONNOR would dismiss the appeal for want of a properly presented federal question.

No. 82–592. FOULDS v. PENNSYLVANIA. Appeal from Super. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.